IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| STEVE MATONAK, | * |
|           Plaintiff, | * |
| v. | Case No. 3:20-CV-136-CDL |
| | * |
| JED EXPRESS LIMITED d/b/a JED EXPRESS, OLD REPUBLIC INSURANCE COMPANY OF CANADA, and STEPHEN KANE, | * |
| | * |
|           Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of September, 2022.

                                                      David W. Bunt, Clerk

                                                      s/ Gail G. Sellers, Deputy Clerk